radsi2552

Robert L. Leslie, California State Bar No. 61872
McInerney & Dillon, P.C.
One Kaiser Plaza, 18th Floor
Oakland, California 94612-3610
Telephone (510) 465-7100
Facsimile (510) 465-8556

Attorneys for plaintiff and counterdefendant
Radiological Services, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIOLOGICAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOLYCORP, INC. and UNION OIL COMPANY OF CALIFORNIA, <br><br> Defendants. <br><br> And Counterclaim. | No. CV 02-6700 GAF (PJWx) <br><br> **STIPULATION OF DISMISSAL** |

It is stipulated that this action may be dismissed with prejudice, each party to bear its own costs.

Dated: May 27, 2003

McInerney & Dillon, P.C.

By: _____
Robert L. Leslie

Attorneys for plaintiff and counterdefendant
Radiological Services, Inc.

Stipulation of Dismissal

Page -1-

10

radsi2552

| | | |
|---|---|---|
| 1 | Dated: May 30, 2003 | Lewis Brisbois Bisgaard & Smith LLP |
| 2 | | By: _____ |
| 3 | | Timothy R. Graves |
| 4 | | Attorneys for defendants and counterclaimants Molycorp, Inc. and Union Oil Company of California |

IT IS SO ORDERED:

DATE: 6/3/03

_____
United States District Judge

Stipulation of Dismissal                                                                 Page -2-

## PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss.
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On June 2, 2003, I served the following described as:

STIPULATION OF DISMISSAL

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Robert L. Leslie, Esq.
McInerney & Dillon
1 Kaiser Plaza, #1850
Oakland, California 94612-3610

[X]   **(BY MAIL)** I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 2, 2003, at Los Angeles, California.

                                              Sandra J. Chase

4850-9210-2144.1